*March 6, 1928.*

BROWN DEER LUMBER COMPANY, Respondent, vs. MILLI-
  GAN and others, Appellants.

APPEAL from a judgment of the circuit court for Mil-
waukee county dated December 16, 1926: CHESTER A.
FOWLER, Judge.
  Mechanic's lien.   Judgment for plaintiff, from which
defendants appeal.
  For the appellants: *H. J. Sullivan* of Milwaukee.
  For the respondent: *P. F. Leuch* of Milwaukee.
  *By the Court.*—Judgment affirmed.

ESTATE OF PAPKA: SKOTZKE, Administratrix, Appellant, vs.
  STACHOWSKI and others, Respondents.

APPEAL from orders of the county court of Milwaukee
county dated March 15 and 21, 1927: JOHN C. KAREL,
Judge.
  Claim as of Kosiedowski and others against the estate.
Orders in favor of claimants, from which the administratrix
appeals.
  For the appellant: *Arthur H. Koenitzer* of Milwaukee.
  For the respondents: *H. O. Wolfe* and *E. G. Rahr,* both
of Milwaukee.
  *By the Court.*—Orders affirmed.

LOUIS FELDSCHAU, Respondent, vs. JOHN ZPUSTCINSKI,
  Appellant.

APPEAL from an order of the circuit court for Kenosha
county dated April 2, 1927: E. B. BELDEN, Judge.
  Personal injuries.   Automobile accident.   Order in favor
of plaintiff, from which defendant appeals.
  For the appellant: *Shaw, Muskat & Sullivan* of Mil-
waukee.
  For the respondent: *George W. Taylor* of Kenosha.
  *By the Court.*—Order affirmed.